IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTONIA DOUGLASS and ELIZABETH EVERETT,<br><br>  Plaintiffs,<br><br>v.<br><br>GARDEN CITY COMMUNITY COLLEGE, HERBERT J. SWENDER, RODNEY DOZIER, MERILYN DOUGLASS, BLAKE WASINGER, JEFF CRIST, STEVE MARTINEZ, and TERI WORF, Trustees of Garden City Community College, in their official capacities,<br><br>and<br><br>BRICE KNAPP, and FREDDIE STRAWDER, and GARDEN CITY, KANSAS, through its POLICE DEPARTMENT,<br><br>  Defendants. | Case No. 2:20-cv-02076-KHV-GEB |

## JOINT REQUEST REGARDING PLACE OF TRIAL

The parties, by the undersigned counsel, hereby request that the trial in the above matter be held in Dodge City, Kansas.

/s/ Jean Lamfers (w/permission)
Jean Lamfers, KS #12707
Lamfers & Associates, L.C.
Sarah A. Brown, KS #12130
Brown & Curry, LLC
1600 Genessee Street, Suite 956
Kansas City, MO 64102
Telephone:  913-962-8200
jl@lamferslaw.com
sarah@brownandcurry.com

*Attorneys for Plaintiff*

/s/ Jeremy K. Schrag
Jeremy K. Schrag, KS #24164
Karly D. Weigel, KS #27670
Haley A. Phillips, KS #28135
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  316-609-7900
jeremy.schrag@lewisbrisbois.com
karly.weigel@lewisbrisbois.com
haley.phillips@lewisbrisbois.com

*Attorneys for GCCC Defendants*

| | |
|---|---|
| /s/ Ronald P. Pope | /s/ Samuel A. Green (w/consent) |
| Ronald P. Pope, KS #11919 | Samuel A. Green, KS #24221 |
| RALSTON, POPE & DIEHL, LLC | FISHER, PATTERSON, SAYLER & SMITH, LLP |
| 2913 Maupin Lane | 3550 S.W. 5th Street |
| Topeka, KS 66614-4139 | Topeka, Kansas 66606 |
| Telephone: 785-273-8002 | Telephone: 785.232.7761 |
| ron@ralstonpope.com | sgreen@fisherpatterson.com |
| *Attorney for Herbert Swender* | *Attorneys for Defendants Garden City, Kansas and Freddie Strawder* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, the foregoing Joint Request Regarding Place of Trial was filed electronically using the court's electronic filing system which will send notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag