IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTONIA DOUGLASS and ELIZABETH EVERETT,<br><br>Plaintiffs,<br><br>v.<br><br>GARDEN CITY COMMUNITY COLLEGE, HERBERT J. SWENDER, RODNEY DOZIER, MERILYN DOUGLASS, BLAKE WASINGER, JEFF CRIST, STEVE MARTINEZ, and TERI WORF, Trustees of Garden City Community College, in their official capacities, et al.<br><br>Defendants. | Case No. 2:20-cv-02076-KHV-GEB |

**JOINT RESPONSE TO COURT ORDER REGARDING LOCATION OF JURY TRIAL**

Plaintiffs Elizabeth Everett and Antonia Douglass and Defendants City of Garden City, Freddie Strawder, Garden City Community College, Merilyn Douglass, Blake Wasinger, Jeff Crist, Steve Martinez, Teri Worf, Herbert Swender, Brice Knapp and Rodney Dozier (jointly "the Parties") jointly respond to the Court's Order Regarding Location of Jury Trial and state as follows:

I.   Background

Plaintiffs' initial complaint designated the location of trial as Kansas City, Kansas. [Doc. 1.] Defendants' answers designated the trial location as Wichita, Kansas. [Docs. 92-93.] This Court's Phase II Scheduling Order set the deadline for any motions regarding the place of trial to be filed on July 5, 2022. [Doc. 148.] The Parties conferred regarding the dispute over the location of trial. Noting that Local Rule 38.1 contemplates the possibility of proceeding in Dodge City, Kansas, the Parties jointly requested trial in Dodge City, Kansas. [Doc. 180.] During a subsequent conference with the Court, the Parties were advised that trials in Dodge City, Kansas are rare and

pose significant logistical concerns. The Court asked the Parties to submit additional briefing in support of the request to hold trial in Dodge City, Kansas. The Parties conferred again and agree that trial in *either* Dodge City or Wichita would be appropriate under Local Rule 40.2.

II.     This Court's Standards On Local Rule 40.2

This Court has broad discretion to select the place of trial and is not bound by any request of the Parties. L.R. 40.2(e). In considering intra-district transfer issues, the District of Kansas courts generally look to the same factors relevant to motions for change in venue under 28 U.S.C. § 1404(a). *Twigg v. Hawker Beechcraft Corp.*, 2009 U.S. Dist. LEXIS 33470, 2009 WL 1044942, at *1-2 (D. Kan. Apr. 20, 2009. Kansas district courts consider the following factors in determining whether to transfer the case: (1) plaintiff's choice of forum; (2) the convenience of the witnesses; (3) the accessibility of witnesses and other sources of proof; (4) the possibility of obtaining a fair trial; and (5) all other practical considerations that make a trial easy, expeditious and economical. *Lopez-Aguirre v. Bd. of County Comm'rs of Shawnee County*, No. 12-2752-JWL, 2014 U.S. Dist. LEXIS 27968, at *5 (D. Kan. Mar. 5, 2014) (citations omitted); *see also Skar v. Spirit Aerosystems, Inc.*, No. 08-2493-KHV, 2008 U.S. Dist. LEXIS 103803, at *2 (D. Kan. Dec. 15, 2008).

III.    Location of Trial

Dodge City is the most convenient location for the named Parties and the majority of witnesses. Plaintiffs allegations in this case concern the operation of GCCC. Most of the witnesses in this case are still in the Garden City area. The Parties have deposed or noticed to depose the following individuals in this lawsuit: Toni Douglass (Plaintiff), Elizabeth Everett (Plaintiff), Dr. Ryan Ruda (GCCC President), Dr. Herb Swender (former GCCC President); Rodney Dozier (Defendant); Dr. Merilyn Douglass (Defendant); Steve Martinez (former GCCC Trustee); Dee

Wigner (former GCCC employee); Emily Clouse (former GCCC employee); Leonard Hitz (GCCC Trustee); Colin Lamb (GCCC Athletic Director); Jeff Crist (former GCCC Trustee); Eleanor Everett (Plaintiff Everett's mother); Blake Wasinger (former GCCC Trustee); Phil Hoke (GCCC Faculty); Freddie Strawder (former GCPD); Richard Powers (GCPD employee); John Green (former GCCC Athletic Director); Brice Knapp (former GCCC employee); Bev Temaat (former Dodge City Community College employee); and Debra Atkinson (former GCCC employee).

The majority of these witnesses live in and around Garden City. Plaintiffs Toni Douglass and Liz Everett reside in Garden City. Mr. Dozier, Dr. Merilyn Douglass, Mr. Martinez, Ms. Clouse, Mr. Hitz, Mr. Lamb, Mr. Crist, Mr. Wasinger, Mr. Strawder, Mr. Hoke, Ms. Eleanor Everett, and Dr. Ruda all reside in the Garden City area. And while it goes without saying, Garden City Community College is also located in Garden City. Because the majority of witnesses reside in the Garden City area, the Parties believed that a trial in Dodge City is appropriate. *Twigg v. Hawker Beechcraft Corp.*, No. 08-2632-JWL, 2009 U.S. Dist. LEXIS 33470, at *6 (D. Kan. Apr. 20, 2009) ("As the courts in this district have emphasized, the relative convenience of the forum is a primary, if not the most important, factor to consider in deciding a motion to transfer.").[1] However, the Parties are sensitive to the logistical problems of a trial in Dodge City, Kansas.

This is a complex multiple party suit. Trial will be likely be several weeks and may interfere with the operation of the state courthouse. While the Parties have no personal knowledge of the local Ford County dockets, the Parties assume that Ford County District Court is (like most courts) busy, especially with criminal matters that may have been delayed due to Covid-19.[2]

---

[1] Because this is not a contested motion the Parties do not discuss the other factors

[2] The Kansas Supreme Court stayed various state court deadlines through August 2, 2021. See Administrative Order 2021-PR-100 (lifting deadlines), *available at* https://www.kscourts.org/KSCourts/media/KsCourts/Orders/2021-PR-100.pdf. The Kansas Legislature also passed 2021 House Bill 2078, which suspended the speedy trial statute.

4864-2614-7888.1

Therefore, after being apprised by this Court of the complexities of holding a trial in Dodge City, Kansas, the Parties conferred and agreed that a trial in Wichita, Kansas is also appropriate. Of this Court's three courthouses, Wichita is the closest to Garden City and is the most accessible to witnesses and other sources of proof. *See Semsroth v. City of Wichita,* No. 06-2376-KHV, 2007 U.S. Dist. LEXIS 64414, at *3 (D. Kan. Aug. 29, 2007). The Parties have no reason to believe a fair trial cannot be had in Wichita, Kansas. Therefore, the Parties also consent to trial in Wichita, Kansas.

IV.   Conclusion

The Parties agree that both Dodge City and Wichita are appropriate trial venues and consent to a trial location in either location.

/s/ Jean Lamfers (w/permission)
Jean Lamfers, KS #12707
Lamfers & Associates, L.C.
Sarah A. Brown, KS #12130
Brown & Curry, LLC
1600 Genessee Street, Suite 956
Kansas City, MO 64102
Telephone:  913-962-8200
jl@lamferslaw.com
sarah@brownandcurry.com

*Attorneys for Plaintiff*

/s/ Jeremy K. Schrag
Jeremy K. Schrag, KS #24164
Karly D. Weigel, KS #27670
Haley A. Phillips, KS #28135
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  316-609-7900
jeremy.schrag@lewisbrisbois.com
karly.weigel@lewisbrisbois.com
haley.phillips@lewisbrisbois.com

*Attorneys for GCCC Defendants*

/s/ Ronald P. Pope (w/consent)
Ronald P. Pope, KS #11919
RALSTON, POPE & DIEHL, LLC
2913 Maupin Lane
Topeka, KS 66614-4139
Telephone:  785-273-8002
ron@ralstonpope.com

*Attorney for Herbert Swender*

/s/ Samuel A. Green (w/consent)
Samuel A. Green, KS #24221
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 S.W. 5th Street
Topeka, Kansas 66606
Telephone:  785.232.7761
sgreen@fisherpatterson.com

*Attorneys for Defendants Garden City, Kansas and Freddie Strawder*

4864-2614-7888.1

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2022, I filed the above Response to Court Order Regarding Location of Jury Trial using the court's electronic filing system which will send notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag

4864-2614-7888.1