IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTONIA DOUGLASS and ELIZABETH EVERETT, <br><br>        Plaintiffs, <br><br> v. <br><br> GARDEN CITY COMMUNITY COLLEGE, HERBERT J. SWENDER, RODNEY DOZIER, MERILYN DOUGLASS, BLAKE WASINGER, JEFF CRIST, STEVE MARTINEZ, and TERI WORF, Trustees of Garden City Community College, in their official capacities, <br><br> And <br><br> BRICE KNAPP, and FREDDIE STRAWDER, and GARDEN CITY, KANSAS, through its POLICE DEPARTMENT, <br><br>        Defendants. | Case No. 2:20-cv-02076-KHV-GEB |

### GARDEN CITY COMMUNITY COLLEGE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF ANTONIA DOUGLASS

Defendants, Garden City Community College, ("GCCC"), Herb Swender, Merilyn Douglass, Blake Wasinger, Jeff Crist, Steve Martinez, Teri Worf, Brice Knapp, and Rodney Dozier (jointly "Defendants" or "GCCC Defendants"), move for Summary Judgment on all claims asserted against the GCCC Defendants by Plaintiff Antonia Douglass pursuant to Federal Rule of Civil Procedure 56.

4891-4509-1123.1

The GCCC Defendants simultaneously file a Memorandum in Support of the Motion for Summary Judgment.

/s/ Jeremy K. Schrag
Jeremy K. Schrag, KS #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7903
Facsimile:  (316) 462-5746
jeremy.schrag@lewisbrisbois.com

and

/s/ Ronald P. Pope (w/consent)
Ronald P. Pope, KS #11919
RALSTON, POPE & DIEHL, LLC
2913 Maupin Lane
Topeka, KS 66614-4139
Telephone:  785-273-8002
ron@ralstonpope.com

*Attorney for Herbert Swender*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, the above Motion for Summary Judgment was filed using the court's CM/ECF system which sent notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag

4891-4509-1123.1