## CLERK'S COURTROOM MINUTE SHEET – CIVIL

ANTONIA DOUGLASS and
ELIZABETH EVERETT,

                Plaintiffs,

      v.                             Case No:   20-cv-2076-KHV

GARDEN CITY COMMUNITY
COLLEGE, et al.,

                Defendants.

| **Appearing for Plaintiff(s):** | **Appearing for Defendant(s):** |
|---|---|
| Sarah Brown | Jeremy Schrag |
| Jean Lamfers | Ronald Pope |
| | Samuel Green |

| **JUDGE:** | Kathryn H. Vratil | **DATE:** | 11/16/2022 |
|---|---|---|---|
| **CLERK:** | Audra Harper | **TAPE/REPORTER:** | Kim Greiner |

### TELEPHONIC STATUS CONFERENCE

The parties appear by counsel.

For reasons stated on the record, <u>Defendants' Motion for Leave to File Substitute Exhibits</u> (Doc. #254), filed November 1, 2022 is hereby SUSTAINED.

<u>Garden City Community College Defendants' Motion for Summary Judgment Against Plaintiff Antonia Douglass</u> (Doc. #209) and all related filings (Docs. #210, #211, #228, #242, #244, #246, #250, #253, #258, #263, and #265) are hereby STRICKEN.

Defendants are ordered to re-file their summary judgment motion brief and exhibits by 5:00 PM on Tuesday, November 16, 2022. Plaintiff is ordered to file any response by 12:00 AM on Friday, November 18, 2022. Defendants may file a reply no later than 6:00 PM on Monday, November 21, 2022. No extensions, corrected or amended filings will be allowed; the Court expects that counsel will get their filings right the (new) first time.