IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTONIA DOUGLASS and<br>ELIZABETH EVERETT,<br><br>        Plaintiffs,<br>v.<br><br>GARDEN CITY COMMUNITY COLLEGE,<br>HERBERT J. SWENDER, RODNEY<br>DOZIER, MERILYN DOUGLASS, BLAKE<br>WASINGER, JEFF CRIST, STEVE<br>MARTINEZ, and TERI WORF, Trustees of<br>Garden City Community College, in their<br>official capacities,<br><br>And<br><br>BRICE KNAPP, and FREDDIE STRAWDER,<br>and GARDEN CITY, KANSAS, through its<br>POLICE DEPARTMENT,<br><br>        Defendants. | Case No. 2:20-cv-02076-KHV |

**NOTICE OF WITHDRAWAL OF**
**MOTIONS FOR ATTORNEYS' FEES**

On January 18, 2023, Defendant Swender filed a Motion for Attorneys' Fees against Plaintiff Elizabeth Everett and a memorandum in support. [Docs. 287, 288.] On the same day, Defendants Crist, Martinez, and Worf filed a Motion for Attorneys' Fees and memorandum in support. [Docs. 289, 290.] The motions were premature under Rule 54(b).

Defendants give notice that they are withdrawing the motions and memoranda in support in their entirety and no longer seek any of the requested relief identified in Docs. 287 through 290.

| | |
|---|---|
| /s/ Jeremy K. Schrag | /s/ Ronald P. Pope (w/consent) |
| Jeremy K. Schrag, KS #24164 | Ronald P. Pope, KS #11919 |
| Karly D. Weigel, KS #27670 | RALSTON, POPE & DIEHL, LLC |
| Haley A. Phillips, KS #28135 | 2913 Maupin Lane |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | Topeka, KS 66614-4139 |
| 1605 North Waterfront Parkway, Suite 150 | Telephone: 785-273-8002 |
| Wichita, Kansas 67206 | ron@ralstonpope.com |
| Telephone: 316-609-7900 | |
| Facsimile: 316-462-5746 | *Attorney for Herbert Swender* |
| jeremy.schrag@lewisbrisbois.com | |
| karly.weigel@lewisbrisbois.com | |
| haley.phillips@lewisbrisbois.com | |

*Attorneys for Defendants Crist, Martinez and Worf*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, the foregoing Notice of Withdrawal of Motions for Attorneys' Fees was filed electronically using the court's electronic filing system which will send notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag