## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTONIA DOUGLASS and<br>ELIZABETH EVERETT,<br><br>    Plaintiffs<br><br>v.<br><br>GARDEN CITY COMMUNITY COLLEGE,<br>HERBERT J. SWENDER, RODNEY<br>DOZIER, MERILYN DOUGLASS, BLAKE<br>WASINGER, JEFF CRIST, STEVE<br>MARTINEZ, and TERI WORF, Trustees of<br>Garden City Community College, in their<br>official capacities,<br><br>And<br><br>BRICE KNAPP, and FREDDIE STRAWDER,<br>and GARDEN CITY, KANSAS, through its<br>POLICE DEPARTMENT,<br><br>    Defendants. | Case No. 2:20-cv-02076-KHV |

## STIPULATION OF DISMISSAL OF APPEAL

Defendants Herbert Swender, Merilyn Douglass, Blake Wasinger, Jeff Crist, Steve Martinez, Teri Worf, and Rodney Dozier ("Individual Defendants") and Plaintiff Antonia Douglass, pursuant to Fed. R. App. P. 42(a), stipulate that the Notice of Appeal filed in this matter is hereby dismissed with prejudice and that the parties shall bear their own fees and costs.

/s/ Jean Lamfers (w/permission)
Jean Lamfers, KS #12707
Lamfers & Associates, L.C.
Sarah A. Brown, KS #12130
Brown & Curry, LLC
1600 Genessee Street, Suite 956
Kansas City, MO 64102
Telephone: 913-962-8200
jl@lamferslaw.com
sarah@brownandcurry.com

/s/ Jeremy K. Schrag
Jeremy K. Schrag, KS #24164
Mallory N. McDonald, KS #79072
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: 316-609-7900
jeremy.schrag@lewisbrisbois.com
mallory.mcdonald@lewisbrisbois.com

and

/s/ Ronald P. Pope (w/consent)
Ronald P. Pope, KS #11919
RALSTON, POPE & DIEHL, LLC
2913 Maupin Lane
Topeka, KS 66614
Telephone:  785-273-8002
ron@ralstonpope.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, I electronically filed the above Stipulation of Dismissal of Appeal with the Clerk of the court by using the CM/ECF system which sent notification of such filing to counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag