IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTONIA DOUGLASS AND ELIZABETH EVERETT<br><br>Plaintiffs,<br><br>v.<br><br>GARDEN CITY COMMUNITY COLLEGE, HERBERT J. SWENDER, RODNEY DOZIER, MERILYN DOUGLASS, BLAKE WASINGER, JEFF CRIST, STEVEN MARTINEZ, TERI WORF, BRICE KNAPP, FREDDIE STRAWDER, AND GARDEN CITY, KANSAS, ON BEHALF OF ITS POLICE DEPARTMENT<br><br>Defendants. | Case No. 2:20-CV-2076-KHV |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this action: Plaintiffs Antonia Douglass and Elizabeth Everett and Defendants Garden City Community College, Herbert J. Swender, Rodney Dozier, Merilyn Douglass, Blake Wasinger, Jeff Crist, Steven Martinez, Teri Worf and Brice Knapp pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that all claims asserted in this lawsuit against one another are hereby dismissed with prejudice and that the parties hereto shall bear their own fees and costs.

| | |
|---|---|
| /s/ Jeremy K. Schrag (w/ permission)<br>Alan L. Rupe, KS # 08914<br>Jeremy K. Schrag, KS 24164<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1605 N. Waterfront Parkway, Suite 150<br>Wichita, KS 67206<br>Telephone:   (316) 609-7900<br>Facsimile:   (316) 462-5746<br>alan.rupe@lewisbrisbois.com<br>jeremy.schrag@lewisbrisbois.com<br>ATTORNEYS FOR DEFENDANTS | /s/ Sarah A. Brown<br>Sarah A. Brown, KS # 12130<br>Dan Curry, KS # 22750<br>Brown & Curry, LLC<br>1600 Genessee Street, Suite 956<br>Kanas City, MO 64102<br>(816) 756-5458<br>(816) 666-9596 (facsimile)<br>sarah@brownandcurry.com<br>dan@brownandcurry.com<br>ATTORNEYS FOR PLAINTIFFS |

| | |
|---|---|
| /s/ Ron Pope (w/ permission) | /s/ Jean Lamfers |
| Ron Pope, KS # 11913 | Jean Lamfers, KS # 12707 |
| Ralston, Pope & Diehl LLC | Lamfers & Associates, LC |
| 2913 SW Maupin Lane | 1600 Genessee Street, Suite 956 |
| Topeka, KS 66614 | Kansas City, MO 64102 |
| Telephone: (785) 273-8002 | Telephone: (913) 962-8200 |
| Facsimile: (785) 273-0744 | jl@lamferslaw.com |
| ron@ralstonpope.com | ATTORNEYS FOR PLAINTIFFS |
| ATTORNEYS FOR DEFENDANT SWENDER | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, the above and foregoing Stipulation of Dismissal was filed using the court's CM/ECF system which sent notice to all counsel of record.

/s/ Sarah A. Brown
Sarah A. Brown