FILED  
United States Court of Appeals  
Tenth Circuit

**March 1, 2023**

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

ANTONIA DOUGLASS,

    Plaintiff - Appellee,

and

ELIZABETH EVERETT,

    Plaintiff,

v.

HERBERT J. SWENDER; RODNEY DOZIER; MERILYN DOUGLASS; BLAKE WASINGER; JEFF CRIST; STEVE MARTINEZ; TERI WORF,

    Defendants - Appellants,

and

GARDEN CITY COMMUNITY COLLEGE; BRICE KNAPP; FREDDIE STRAWDER; GARDEN CITY, KANSAS,

    Defendants.

No. 23-3027  
(D.C. No. 2:20-CV-02076-KHV)  
(D. Kan.)

_____

**ORDER**

_____

This matter is before the court on the parties' *Stipulation of Dismissal*.

The parties stipulate that this appeal filed by these Appellants against this Appellee be dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b), and that the parties shall bear their own fees and costs.

Upon consideration, the stipulation for voluntary dismissal is granted and this appeal is dismissed with prejudice. See Fed. R. App. P. 42(b); 10th Cir. R. 27.5(A)(9). The parties will bear their own fees and costs.

A copy of this order shall stand as and for the mandate of the court.

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    */s/ Sunil N. Rao*

    By: Sunil N. Rao
        Counsel to the Clerk